UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK PABST, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GENESCO, INC., a Tennessee corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 11-01592 (SI)<br><br>**STIPULATED [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[Civ. L.R. 3-12, 7-11]<br><br>Ctrm: 10, 19th Floor<br>Judge: Hon. Susan Illston<br><br>Complaint Filed: March 4, 2011<br>Trial Date: Not Set |

On October 18, 2011, plaintiff Frank Pabst ("Plaintiff" or "Pabst") and defendant Genesco, Inc. ("Genesco," and jointly with Plaintiff, "the Parties") filed a stipulated administrative motion to consider whether the following cases should be related pursuant to Civil Local Rules 3-12 and 7-11:

    1. *Pabst v. Genesco, Inc.*, U.S. District Court in and for the Northern District of California, San Francisco Division, Case No. C 11-01592 (SI) (the "*Pabst* Action"); and

    2. *Fraser v. Genesco, Inc.*, U.S. District Court in and for the Northern District of California, Oakland Division, Case No. C 11-04881 (LB) (the "*Fraser* Action," and collectively with the *Pabst* Action, the "Actions").

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

Case No. C 11-01592 (SI)

STIPULATED [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

DB2/ 22711820.2

1  Having considered the papers submitted in support of the Parties' motion, the Court, for
2  good cause shown, hereby **GRANTS** the motion.
3  **IT IS HEREBY ORDERED THAT** the *Fraser* Action is related to the *Pabst* Action and
4  is re-assigned to this Court.
5  **IT IS SO ORDERED.**

6  Dated: October  24 2011          By _____
7                                       SUSAN ILLSTON
                                         U.S. District Court Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

Case No. C 11-01592 (SI)
STIPULATED [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
DB2/ 22711820.2