1  GENE J. STONEBARGER, State Bar No. 209461
   RICHARD D. LAMBERT, State Bar No. 251148
2  STONEBARGER LAW, P.C.
   75 Iron Point Circle, Suite 145
3  Folsom, CA 95630
   Tel:      916.235.7140
4  Fax:      916.235.7141
   E-mail:   gstonebarger@stonebargerlaw.com
5            rlambert@stonebargerlaw.com

6  Attorneys for Plaintiff
   FRANK PABST
7
   MILSTEIN ADELMAN, LLP
8  GILLIAN L. WADE, State Bar No. 229124
   SARA D. AVILA, State Bar No. 263213
9  2800 Donald Douglas Loop North
   Santa Monica, California 90405
10 Tel:      310.396.9600
   Fax:      310.396.9635
11 E-mail:   gwade@milsteinadelrnan.com
   E-mail:   savila@milsteinadelman.com
12
   Attorneys for Plaintiff
13 MICHAEL M. FRASER

14 DIANE L. WEBB, State Bar No. 197851
   MORGAN, LEWIS & BOCKIUS LLP
15 One Market, Spear Street Tower
   San Francisco, CA  94105-1126
16 Tel:      415.442.1000
   Fax:      415.442.1001
17 E-mail:   dwebb@morganlewis.com
             jason.allen@morganlewis.com
18
   Attorneys for Defendant
19 GENESCO, INC.

20                    UNITED STATES DISTRICT COURT
21                    NORTHERN DISTRICT OF CALIFORNIA
22

| | |
|---|---|
| FRANK PABST, an individual, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>           v.<br><br>GENESCO, INC., a Tennessee corporation; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Related Case Nos. C 11-01592 (SI) and C 11-04881 (SI)<br><br>**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Friday, April 6, 2012<br>Time: 3:00 p.m.<br>Ctrm: 10<br>Judge: Hon. Susan Illston |

Caption con't on next page                                           CASE NO. C 11-01592 (SI)

JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND
                                [PROPOSED] ORDER

MICHAEL M. FRASER, as an individual and on behalf of all others similarly situated,

          Plaintiff,

          v.

GENESCO, INC., a Tennessee corporation, d/b/a JOHNSTON & MURPHY,

          Defendant.

Defendant Genesco, Inc. ("Genesco") and plaintiffs Frank Pabst ("Pabst") and Michael M. Fraser ("Fraser," and jointly with Pabst, "Plaintiffs") hereby enter into this stipulation to continue the initial case management conference scheduled for April 6, 2012, to May 18, 2012, subject to the Court's approval. Accordingly, Genesco and Plaintiffs hereby stipulate as follows:

## STIPULATION

**WHEREAS** on or about March 3, 2011, Fraser filed a class action complaint in the U.S. District Court for the Eastern District of California titled *Michael Fraser v. Genesco, Inc.*, Case No. 2:11-cv-00598-MCE-JFM (the "Fraser Complaint"), in which he alleged claims on his own behalf and on behalf of all others similarly situated and the general public for violations of the California Song-Beverly Credit Card Act, Civil Code sections 1747, *et seq*., and California's Unfair Competition Law, California Business & Professions Code sections 17200, et seq., (the "Fraser Action");

**WHEREAS** on or about March 4, 2011, Pabst filed a class action complaint in the Superior Court of California for the County of San Francisco titled *Frank Pabst v. Genesco, Inc.*, Case No. CGC-11-508841 (the "Pabst Complaint"), in which he alleged claims on his own behalf and on behalf of all others similarly situated and the general public for: (1) violations of California's Song-Beverly Credit Card Act, Civil Code section 1747.08; (2) negligence; (3) invasion of privacy; and (4) unlawful intrusion (the "Pabst Action," and jointly with the Fraser Action, "the Actions");

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
DB2/ 23069385.1

2   CASE NO. C 11-01592 (SI)
JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

**WHEREAS** on or about April 1, 2011, Genesco removed the Pabst Action to the U.S. District Court for the Northern District of California at which time it was assigned Case No. C 11-01592 (SI);

**WHEREAS** on or about May 5, 2011, Genesco moved to dismiss and moved to strike the Pabst Complaint;

**WHEREAS** on or about May 5, 2011, Genesco moved to dismiss and moved to strike the Fraser Complaint;

**WHEREAS** on or about May 11, 2011, Pabst filed a motion with the Judicial Panel on Multidistrict Litigation (the "JPML") to transfer and coordinate the Actions as multidistrict litigation and requested the proceedings be assigned to the U.S. District Court for the Northern District of California. Pursuant to the Parties' request, the U.S. District Court in and for the Northern District of California stayed the Pabst Action and the U.S. District Court for the Eastern District of California stayed the Fraser Action pending the JPML's decision;

**WHEREAS** on or about August 16, 2011, the JPML denied Pabst's motion for centralization and instead recommended the Actions be coordinated pursuant to 28 U.S.C. § 1404(a);

**WHEREAS** in light of the JPML's ruling, the Parties stipulated to stay the respective Actions so that Genesco and Fraser could make a motion to transfer the Fraser Action to the U.S. District Court for the Northern District of California. The Parties filed joint motions to stay the Actions pending the Eastern District of California's decision on the motion to transfer the Fraser Action to the Northern District of California, which the respective courts granted;

**WHEREAS** the U.S. District Court for the Eastern District of California granted the motion to transfer the Fraser Action to the Northern District of California on September 29, 2011. The Fraser Action was transferred and initially was assigned to The Honorable Laurel Beeler, U.S. District Court for the Northern District of California, Oakland Division;

**WHEREAS** the Parties agreed that the Pabst Action and the Fraser Action should be related. Accordingly, Genesco filed a motion to relate the Actions, which was granted on or

about October 25, 2011. As a result, the Fraser Action was assigned to The Honorable Susan Illston, U.S. District Court for the Northern District of California, San Francisco Division (the "Court");

**WHEREAS** Genesco's motions to dismiss and strike the respective Actions were taking off calendar pending the Parties moving for preliminary approval of their settlement, discussed below; and

**WHEREAS** the Parties engaged in arms-length negotiations, and on or about November 1, 2011, they participated in an all-day mediation conducted by the Honorable Edward Infante (Ret.) during which a settlement was reached as to all material terms on class benefits and notice. After the November 1, 2011 mediation session, Judge Infante continued to work with the Parties, and a final settlement was reached on January 17, 2012, which the Parties have reduced to a written agreement and are in the process of finalizing class notices and a motion for preliminary approval.

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE** as follows:

The initial case management conference scheduled for Friday, April 6, 2012, at 3:00 p.m., should be continued to May 18, 2012, at 9:00 a.m., which is the same date and time the Plaintiffs intend to set for hearing their motion for preliminary approval of the settlement, to allow the Parties additional time to finalize their settlement and the motion for preliminary approval.

**IT IS SO STIPULATED:**


Dated: March 30, 2012                    STONEBARGER LAW, P.C.


                                         By: _____/s/ Gene J. Stonebarger_____
                                             Gene J. Stonebarger
                                             Attorneys for Plaintiff
                                             FRANK PABST

4  CASE NO. C 11-01592 (SI)
JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
DB2/ 23069385.1

| | | |
|---|---|---|
| 1 | Dated: March 30, 2012 | MILSTEIN ADELMAN LLP |
| 2 | | |
| 3 | | By: _____/s/ Sara D. Avila_____ |
| 4 | | Sara d. Avila<br>Attorneys for Plaintiff |
| 5 | | MICHAEL M. FRASER |
| 6 | Dated: March 30, 2012 | MORGAN, LEWIS & BOCKIUS LLP |
| 7 | | |
| 8 | | By: _____/s/ Diane L. Webb_____ |
| 9 | | Diane L. Webb<br>Attorneys for Defendant |
| 10 | | GENESCO, INC. |

Pursuant to the Parties' stipulation,

**IT IS SO ORDERED**.

Dated: April 2, 2011     By _____[signature: Susan Illston]_____
SUSAN ILLSTON
U.S. District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23069385.1

5                              CASE NO. C 11-01592 (SI)
JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, DIANE L. WEBB, am the ECF User whose ID and password are being used to file this **JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**. In compliance with General Order 45, X.B., I hereby attest that the signatories above have concurred in this efiling.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Executed on this 30th day of March, 2012, at San Francisco, California.

MORGAN, LEWIS & BOCKIUS, LLP

/s/ Diane L. Webb
Diane L. Webb

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23069385.1

6   CASE NO. C 11-01592 (SI)
JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER