IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK PABST,

    Plaintiff,

  v.

GENESCO INC.,

    Defendant.

          /

MICHAEL M. FRASER,

    Plaintiff,

  v.

GENESCO, INC.,

    Defendant.

          /

No. C 11-01592 SI

No. C 11-04881 SI

**ORDER RE MOTION FOR ATTORNEYS FEES AND COSTS**

    The motion by plaintiffs Frank Pabst and Michael Fraser for an award of attorneys fees and costs came on regularly for a hearing before this Court on August 24, 2012. The Court requires further information before it can determine a reasonable lodestar-based award of attorneys fees. On or before September 4, 2012, each firm requesting fees in this case must file revised declarations that include the following information:

    1.    Detailed summaries describing the time spent by each time keeper and at each firm on discrete tasks in the case, *e.g.*, investigation and drafting the complaint, attending mediation, drafting final approval hearing papers.

2. Detailed cost records.

3. Evidence supporting the reasonableness of the hourly rates requested for each time keeper, including prior court orders approving the requested rates.

Counsel shall also submit for *in camera* review detailed time records, showing time expended by date, task and time keeper. The Court will then take the matter under submission.

**IT IS SO ORDERED.**

Dated: August 24, 2012

SUSAN ILLSTON
United States District Judge