IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 11-01592 SI

FRANK PABST,

    Plaintiff,

  v.

GENESCO INC.,

    Defendant.
                               /

MICHAEL M. FRASER,

    Plaintiff,

  v.

GENESCO, INC.,

    Defendant.
                               /

No. C 11-04881 SI

**JUDGMENT**

    The Court has granted final approval to the settlement in these cases. Judgment is entered accordingly.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: August 24, 2012

SUSAN ILLSTON
United States District Judge